# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 23-30255 |
| | ) | Chapter 7 |
| Caitlin Leigh Phillips, | ) | |
| | ) | **MOTION TO EXTEND TIME TO** |
| Debtor. | ) | **OBJECT TO DEBTOR'S DISCHARGE** |
| | ) | **WITH NOTICE** |

Gene W. Doeling, the bankruptcy trustee, respectfully requests that the Court issue an order extending the deadline for the trustee to object to the debtor's discharge. The trustee has not yet conducted the creditors meeting in this case. The original creditors meeting was scheduled for September 19, 2023 but was continued to October 17, 2023 at the debtor's request due to illness. On October 17, the debtor did not appear for the meeting and it was continued to November 14, 2023. The debtor's discharge should be delayed until the creditors meeting has been concluded, and the trustee has concluded his investigation into the debtor's financial affairs.

The existing deadline to object to discharge is November 20, 2023 and the trustee respectfully requests that the Court extend the deadline approximately 30 days to December 20, 2023.

**NOTICE OF MOTION:** You are hereby notified that the Bankruptcy Trustee has made a Motion to Extend the Deadline to Object to Debtor's Discharge. Any objection to that motion must be filed with the Clerk of Bankruptcy Court and served upon the Bankruptcy Trustee not later than fourteen days from this date. If you fail to object within this time frame, the Court may assume that you do not oppose this Motion and will act on it accordingly.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN 55415 | below) |

DATED: November 10, 2023        /s/ Gene W. Doeling
                                                                  Gene W. Doeling
                                                                  Bankruptcy Trustee
                                                                  P.O. Box 9231
                                                                  Fargo, ND 58106-9231
                                                                  (701) 232-8757

## **VERIFICATION**

I, Gene W. Doeling, the bankruptcy trustee for the Caitlin Leigh Phillips bankruptcy, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 10th day of November, 2023.

/s/ Gene W. Doeling
Gene W. Doeling

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 23-30255 |
| | ) | Chapter 7 |
| Caitlin Leigh Phillips, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Debtor. | ) | |
| | ) | |

     Gene W. Doeling of Fargo, ND, swears that on November 10, 2023, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

## MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE
## WITH NOTICE

to the parties listed below:

Caitlin Leigh Phillips
1415 1st Ave N
Fargo, ND  58102

Maurice VerStandig, on behalf of the debtor, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov


                                     /s/  Gene W. Doeling
                                       Gene W. Doeling